IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN JAMES BARNETT, | No. C 11-2719 JSW (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| SAN MATEO COUNTY JAIL'S FORENSIC MENTAL HEALTH SERVICES, | |
| Defendants. | |

On June 30, 2011, Plaintiff's civil rights complaint was dismissed for failure to present a cognizable claim for relief. Plaintiff was granted 30 days to file an amended complaint. He has failed to do so. This case is accordingly DISMISSED with prejudice. *See WMX Technologies v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (when complaint has been dismissed with leave to amend and plaintiff does not amend, further district court determination is necessary). The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: September 8, 2011

JEFFREY S. WHITE
United States District Judge

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  | UNITED STATES DISTRICT COURT                                    |
| 2  | FOR THE                                                         |
| 3  | NORTHERN DISTRICT OF CALIFORNIA                                 |

| | |
|---|---|
| DUSTIN J. BARNETT, | Case Number: CV11-02719 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| SAN MATEO COUNTY JAIL et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 8, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dustin J. Barnett
1150859
300 Bradford Street
Redwood City, CA 94063

Dated: September 8, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk